UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

JUAN CARLOS VIDAL-GALICIA,
  a/k/a "Juan Vidal,"
  a/k/a "Juan Vidal-Galicia,"
  a/k/a "Juan Carlos Garcia Vidal-
      Galicia"
  a/k/a "Michael Garcia,"

                          Defendant.

- - - - - - - - - - - - - - - - - - x

INDICTMENT

13 Cr.

**13 CRIM 735**

## COUNT ONE

The Grand Jury charges:

From at least on or about July 19, 2013, in the Southern District of New York and elsewhere, JUAN CARLOS VIDAL-GALICIA, a/k/a "Juan Vidal," a/k/a "Juan Vidal-Galicia," a/k/a "Juan Carlos Garcia Vidal-Galicia," a/k/a "Michael Garcia," the defendant, being an alien, after having been removed from the United States on or about April 10, 2009, unlawfully did enter, and was found in, the United States, without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission, and did so subsequent to a conviction for the commission of an aggravated felony.

(Title 8, United States Code, Sections 1326(a) & (b)(2).)

_Kathleen Lucich (deputy)_
FOREPERSON

_Preet Bharara_
PREET BHARARA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JUAN CARLOS VIDAL-GALICIA,
a/k/a "Juan Vidal,"
a/k/a "Juan Vidal-Galicia,"
a/k/a "Juan Carlos Garcia Vidal-Galicia,"
a/k/a "Michael Garcia,"

Defendant.

INDICTMENT

13 Cr.

(8 U.S.C. §§ 1326(a) & (b)(2).)

PREET BHARARA
United States Attorney.

A TRUE BILL

*Kathleen Aucuih*
Foreperson.

September 23, 2013
Filed indictment. Case assigned to Judge Cote.
U.S.M.J Debra Freeman