LAW OFFICES OF
## JOSHUA L. DRATEL, P.C.
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL

LINDSAY A. LEWIS

STEVEN WRIGHT
*Office Manager*

12/4/2013

December 4, 2013

**BY ECF**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Juan Carlos Vidal-Galicia*,
Docket No. 13 Cr. 735 (DLC)

Dear Judge Cote:

This letter is in regard to the deadline for the filing of pretrial motions in the above-entitled case, in which I represent the defendant, Juan Carlos Vidal-Galicia, by Criminal Justice Act appointment. Pretrial motions on Mr. Vidal-Galicia's behalf are presently due on Friday, December 6, 2013. In light of the fact that negotiations with the government to reach a resolution are ongoing and promising, it is respectfully requested that the Court grant an extension of time for two weeks until Friday, December 20, 2013, for the filing of pretrial motions on Mr. Vidal-Galicia's behalf. I have been informed by Assistant United States Attorney Jason Wong that the government does not object to this application.

Accordingly, it is respectfully requested that deadline for the filing of pretrial motions on Mr. Vidal-Galicia's behalf be extended until Friday, December 20, 2013. As stated above, the government does not object to this request.

Respectfully submitted,

Joshua L. Dratel

JLD/wgs

cc: Assistant United States Attorney Jason Wong (by ECF)

*Granted. Any oppos'n is due 1/10/14.*
*Denise Cote*
*12/4/13*