1

E190vidp                        Plea

1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------x

3    UNITED STATES OF AMERICA,

4              v.                            13 CR 735

5    JUAN CARLOS VIDAL-GALICIA,
     a/k/a, Juan Vidal, a/k/a, Juan
6    Vidal-Galicia, a/k/a Juan
     Carlos Garcia-Vidal-Galicia,
7    a/k/a Michael Garcia,

8                   Defendant.

9    ------------------------------x

10                                          New York, N.Y.
                                            January 9, 2014
11                                          4:00 p.m.

12

13
     Before:
14
                         HON. DENISE COTE,
15
                                            District Judge
16

17                      APPEARANCES

18   PREET BHARARA
          United States Attorney for the
19        Southern District of New York
     JASON WONG
20   Assistant United States Attorney

21   LAW OFFICES OF JOSHUA L. DRATEL, P.C.
     BY:  JOSHUA LEWIS DRATEL
22   Attorneys for Defendant

23   Spanish Language Interpreter:  Christina Weisz

24

25

E190vidp                          Plea

1              THE DEPUTY CLERK:  United States v. Juan Carlos

2    Vidal-Galicia.

3              Government ready?

4              MR. WONG:  Yes, good afternoon, your Honor, Jason

5    Wong, for the government.

6              THE DEPUTY CLERK:  And for defendant, Juan Carlos

7    Vidal-Galicia.

8              MR. DRATEL:  Good afternoon, your Honor, Joshua Dratel

9    for Mr. Galicia, seated next to me.

10             THE COURT:  Good afternoon, counsel.

11             We are assisted this afternoon by an interpreter who

12   is certified to interpret between Spanish and English.

13             Please place the interpreter under oath.

14             THE DEPUTY CLERK:  Please raise your right hand.

15             (Interpreter sworn)

16             THE DEPUTY CLERK:  Thank you.

17             THE COURT:  Mr. Vidal-Galicia, will you please let me

18   know immediately if you have any difficulty understanding what

19   is being said through the interpreter.  Will you please tell me

20   immediately?

21             THE DEFENDANT:  Yes.

22             THE COURT:  I understand that the defendant intends to

23   enter a plea of guilty; is that right, Mr. Dratel?

24             MR. DRATEL:  It is, your Honor.

25             THE COURT:  Mr. Vidal-Galicia, please stand.

E190vidp                         Plea

1          Before accepting your plea, I'm going to ask you

2     certain questions so I can establish to my satisfaction that

3     you are pleading guilty because you are guilty and not for some

4     other reason.  If at any time you have difficulty understanding

5     my questions, or if you wish for a further opportunity to

6     consult with your lawyer, will you let me know?

7               THE DEFENDANT:  Yes.

8               THE COURT:  Please place the defendant under oath.

9               THE DEPUTY CLERK:  Please raise your right hand.

10              (Defendant sworn)

11              THE DEPUTY CLERK:  Thank you.

12              THE COURT:  You are now under oath.  And if you answer

13    any of my questions falsely, you can be prosecuted for perjury;

14    do you understand that?

15              THE DEFENDANT:  Yes.

16              THE COURT:  What is your full name?

17              THE DEFENDANT:  Juan Carlos Vidal-Galicia.

18              THE COURT:  How old are you?

19              THE DEFENDANT:  I'm going to turn 37 years old.

20              THE COURT:  How far did you go in school?

21              THE DEFENDANT:  I did not complete the third year of

22    high school.

23              THE COURT:  Have you ever been treated or hospitalized

24    for any mental illness?

25              THE DEFENDANT:  No.

E190vidp                          Plea

1          THE COURT:  Are you now, or have you recently been,

2    under the care of a doctor or a psychiatrist?

3          THE DEFENDANT:  Do you mean a medical attention for

4    some kind of problem?

5          THE COURT:  Yes.

6          THE DEFENDANT:  I'm going to have foot surgery.

7          THE COURT:  Are you taking any medication, now, for

8    that problem?

9          THE DEFENDANT:  Yes, I'm taking pain killers.

10          THE COURT:  Have you taken some of those painkillers

11    in the last 24 hours?

12          THE DEFENDANT:  I take it every day.

13          THE COURT:  And do those painkillers affect your

14    ability to understand what is happening here?

15          THE DEFENDANT:  No.

16          THE COURT:  Do they affect your ability to consult

17    with your lawyer?

18          THE DEFENDANT:  No.

19          THE COURT:  Now, in the last 24 hours, have you taken

20    any drugs or medicine or pills, other than those painkillers,

21    for your foot problem?

22          THE DEFENDANT:  No, only those.

23          THE COURT:  So is your mind clear today?

24          THE DEFENDANT:  Sure.

25          THE COURT:  Do you understand what is happening here?

E190vidp                          Plea

1          THE DEFENDANT:  Yes.

2          THE COURT:  Do either counsel have any doubt as to the

3    defendant's competence?

4          MR. WONG:  I do not, your Honor.

5          MR. DRATEL:  No, your Honor.

6          THE COURT:  Based on my observations of the defendant,

7    his demeanor, and his responses to my questions, I find he is

8    competent to enter a plea of guilty.

9          Now, Mr. Vidal-Galicia, have you had a sufficient

10   opportunity to discuss your case with your lawyer?

11         THE DEFENDANT:  Yes.

12         THE COURT:  Have you had enough time to talk with him

13   about the charge to which you will be pleading guilty, and any

14   defenses that you have to that charge, and the consequences to

15   you of entering a plea of guilty?

16         THE DEFENDANT:  Yes.

17         THE COURT:  Are you satisfied with the representations

18   your attorney has given you?

19         THE DEFENDANT:  Sure I am.

20         THE COURT:  Now, I'm going to explain certain

21   Constitutional rights that you will be giving up.  You will be

22   giving up these rights if you enter a plea of guilty.

23         Under the Constitution and laws of the United States,

24   you are entitled to a speedy and public trial by a jury on the

25   charges contained in the indictment that has been filed against

E190vidp                    Plea

1    you; do you understand that?

2              THE DEFENDANT:  Yes.

3              THE COURT:  At that trial, you would be presumed to be

4    innocent, and the government would be required to prove you

5    guilty by competent evidence and beyond a reasonable doubt

6    before you could be found guilty.  You would not have to prove

7    that you were innocent, and a jury of 12 people would have to

8    agree, unanimously, that you were guilty.

9              Do you understand that?

10             THE DEFENDANT:  Yes.

11             THE COURT:  At that trial, and at every stage of your

12   case, you would be entitled to be represented by a lawyer.  And

13   if you could not afford one, one would be appointed to

14   represent you; do you understand that?

15             THE DEFENDANT:  Yes.

16             THE COURT:  During the trial, the witnesses for the

17   government would have to come to court and testify in your

18   presence, and your lawyer could cross-examine the witness for

19   the government, object to evidence offered by the government

20   and, if you desired, issue subpoenas, offer evidence, and

21   compel witnesses to come to Court and testify on your behalf.

22             Do you understand that?

23             THE DEFENDANT:  Yes.

24             THE COURT:  At that trial, although you would have the

25   right to testify if you chose to do so, you would also have the

E190vidp                         Plea

1      right not to testify.  And no inference or suggestion of guilt

2      could be drawn from the fact that you did not testify if that

3      was what you chose to do.

4                  Do you understand that?

5                  THE DEFENDANT:  Yes.

6                  THE COURT:  Do you understand that if you were

7      convicted at a trial, that you would have the right to appeal

8      from that verdict; do you understand that?

9                  THE DEFENDANT:  Yes.

10                 THE COURT:  Even at this time, right now, even as

11     you're entering this plea, you have the right to change your

12     mind and plead not guilty and go to trial.

13                 Do you understand that?

14                 THE DEFENDANT:  Yes.

15                 THE COURT:  If you plead guilty and I accept your

16     plea, you are going to give up your right to a trial and all of

17     the other rights I have just described.  There will be no

18     trial.  And I'll enter a judgment of guilty and sentence you

19     based on this plea after I read whatever submissions I get from

20     you, and your lawyer, and the government's lawyer.  And after I

21     read a presentence report prepared by the probation department.

22     Do you understand that?

23                 THE DEFENDANT:  Yes.

24                 THE COURT:  If you plead guilty, you are also going to

25     give up your right not to incriminate yourself, because I'm

E190vidp                      Plea

1    going to ask you today what you did, and you're going to have

2    to describe your conduct to me.

3            Do you understand that?

4            THE DEFENDANT:  Yes.

5            THE COURT:  Now, I want to make sure you understand

6    what you are charged with in this indictment.  You're charged

7    with entering this country without permission of our

8    government; that is the attorney general or the secretary of

9    the Department of Homeland Security, after you had been removed

10   from this country.  It charges that you were removed from this

11   country on or about April 10th, 2009.  It charges, further,

12   that you are not a citizen of this country, that you are an

13   alien.  And that before your removal, you had been convicted of

14   a crime, specifically a crime that is classified as an

15   aggravated felony.  And that after your illegal reentry into

16   this country, you came into the Southern District of New York,

17   which includes Manhattan and the Bronx, among other locations,

18   and that you were found here sometime on or after July 19th,

19   2013.

20           Do you understand that is the charge against you?

21           THE DEFENDANT:  Yes.

22           THE COURT:  Let me make sure you understand the

23   penalties that apply.

24           This charge carries a maximum term of imprisonment of

25   20 years; a maximum term of supervised release of three years;

E190vidp                    Plea

 1    a maximum fine of $250,000, or a requirement to pay a

 2    special -- and a requirement that you pay a special assessment

 3    of $100.  Do you understand that?

 4              THE DEFENDANT:  Yes.

 5              THE COURT:  Supervised release means that you would be

 6    subject to monitoring when released from prison.  There are

 7    terms of supervised release with which you must comply.  And if

 8    you do not comply with them, you could be returned to prison

 9    without a jury trial.  You would be given no credit for any

10    time you already spent in prison, and no credit for any time

11    you already spent on post release supervision.

12              Do you understand that?

13              THE DEFENDANT:  Yes.

14              THE COURT:  Do you understand that since you are not a

15    citizen of this country, it will be far easier for the

16    government to deport you after you are convicted for this

17    crime; do you understand that?

18              THE DEFENDANT:  Yes.

19              THE COURT:  Now, do you understand that if your

20    attorney or anyone else has attempted to predict to you what

21    your sentence will be, that their prediction could be wrong; do

22    you understand that?

23              THE DEFENDANT:  Yes.

24              THE COURT:  No one, not your lawyer, not the

25    government's lawyer, no one, can give you any assurance of what

E190vidp                         Plea

```
 1  │  your sentence will be, because I'm going to decide your
 2  │  sentence.  But I'm not going to do it now, I'm going to wait.
 3  │  I'm going to wait until I got a presentence report prepared by
 4  │  the probation department, do my own independent analysis of
 5  │  what your sentencing guidelines range is, decide whether I
 6  │  should depart up or down from that range, then consider all of
 7  │  the other information that is before me, and the factors set
 8  │  forth in the section of the law we call Section 3553(a), and
 9  │  only then, after that whole process, will I decide what a
10  │  reasonable sentence is for you.
11  │            Do you understand that?
12  │            THE DEFENDANT:  Yes.
13  │            THE COURT:  Even if your sentence is different from
14  │  what your attorney or anyone else has told you it might be,
15  │  even if it is different from what is calculated in the written
16  │  agreement that you have with the government, you're still going
17  │  to be bound by your plea of guilty and cannot withdraw your
18  │  plea of guilty; do you understand that?
19  │            THE DEFENDANT:  Yes.
20  │            THE COURT:  Now, has anyone threatened you or anyone
21  │  else or forced you in any way to plead guilty?
22  │            THE DEFENDANT:  No.
23  │            THE COURT:  Now, I understand that there is a plea
24  │  agreement between you and the government.  Do you have a copy
25  │  of it in front of you?
```

E190vidp                     Plea

1                THE DEFENDANT:  Yes.

2                THE COURT:  Does it have the date, January 2nd, on the

3      first page?

4                THE DEFENDANT:  Yes.

5                THE COURT:  Does it have six pages in all?

6                THE DEFENDANT:  Yes.

7                THE COURT:  Is your signature on the last page?

8                THE DEFENDANT:  Yes.

9                THE COURT:  What's the date next to your signature?

10               THE DEFENDANT:  January 9th.

11               THE COURT:  That's today.  Did you sign this today?

12               THE DEFENDANT:  Yes.

13               THE COURT:  Before you signed this document, was it

14     translated to you?

15               THE DEFENDANT:  Yes.  This document was brought to me

16     and read to me.

17               THE COURT:  And did you discuss it with your lawyer

18     before you signed it?

19               THE DEFENDANT:  Yes.

20               THE COURT:  Do you understand that in this document

21     you and the government agree that your sentencing guidelines

22     range is 46 to 57 months in prison?

23               THE DEFENDANT:  Yes.

24               THE COURT:  Do you understand that by signing this

25     agreement, you have given up your right to appeal or challenge

E190vidp                        Plea

1    or litigate your sentence in any way, so long as I don't

2    sentence you to more than 57 months in prison?

3              THE DEFENDANT:  Yes.

4              THE COURT:  Now, do you have any other agreement with

5    the government about your plea or about your sentence that has

6    been left out of this document?

7              THE DEFENDANT:  No.

8              THE COURT:  Tell me in your own words what you did

9    that makes you believe you are guilty of the crime of which you

10   are charged?

11             THE DEFENDANT:  I entered, illegally, into this

12   country.

13             THE COURT:  Let me ask you, were you previously

14   convicted of a crime here?

15             THE DEFENDANT:  No, only this crime.

16             THE COURT:  I'll have the government make a proffer

17   with respect to the prior conviction.

18             MR. WONG:  Yes.  The defendant was convicted on or

19   about October 22nd, 1996, in Bronx Supreme Court for robbery in

20   the second degree, in violation of New York penal law

21   Section 160.10 subsection 1, which resulted in a sentence of 27

22   to 54 months imprisonment, which is an aggravated felony.

23   Further, he was also convicted on January 26, 2006 in this

24   district for the illegal reentry, which also is an aggravated

25   felony.

E190vidp                        Plea

1              THE COURT:  So you have just heard, Mr. Vidal-Galicia,

2     that the government described to you these prior convictions.

3              Did they describe those correctly?

4              THE DEFENDANT:  Yes, he did.

5              THE COURT:  And were you removed from this country on

6     or about April 10th, 2009?

7              THE DEFENDANT:  Yes.

8              THE COURT:  And you earlier told me that you illegally

9     reentered this country.  Was that after the removal date of

10    April 10, 2009?

11             THE DEFENDANT:  I came back into this country four

12    years after I was deported.

13             THE COURT:  Thank you.  And at some point after you

14    illegally reentered this country, did you come here to New York

15    City?

16             THE DEFENDANT:  Yes.

17             THE COURT:  And was that Manhattan, or the Bronx.

18             THE DEFENDANT:  Bronx.

19             THE COURT:  And let me ask the government, is that a

20    sufficient allocution for a plea of guilty in this case?

21             MR. WONG:  Your Honor, if the defendant can just

22    confirm that he is a citizen of Mexico.

23             THE COURT:  Thank you.

24             Are you a citizen of the United States, Mr.

25    Valencia-Galicia?

E190vidp                    Plea

1          THE DEFENDANT:  No.

2          THE COURT:  Does defense counsel agree that there is a

3     sufficient factual predicate for a plea?

4          MR. DRATEL:  Yes, your Honor.

5          THE COURT:  Mr. Dratel, do you know of any valid

6     defense that would prevail at trial?

7          MR. DRATEL:  No, your Honor.

8          THE COURT:  Do you know of any reason I should not

9     accept this plea?

10          MR. DRATEL:  No, your Honor.

11          THE COURT:  Thank you.

12          So, Mr. Vidal-Galicia, since you acknowledge that you

13     are, in fact, guilty as charged, since I'm satisfied that you

14     know of your rights, including your right to go to trial, and

15     that you are aware of the consequences of your plea, including

16     the sentence that may be imposed, I find that you're

17     voluntarily pleading guilty.  I enter a judgment of guilty on

18     the indictment.

19          Now, the probation department is gonna want to

20     interview you in order to prepare a presentence report.  If you

21     speak with them, make sure anything you say is truthful.  That

22     report is important to me in deciding what sentence to impose.

23     You read it carefully before sentence.  If you see any errors,

24     point them out to your attorney.  Will you do that?

25          THE DEFENDANT:  Yes.

E190vidp                        Plea

1          THE COURT:  You may be seated.

2          Sentence is set for?

3          THE DEPUTY CLERK:  April 11 at 2:00 p.m.  Any defense

4    submissions regarding sentence shall be due March 28th, with

5    the government's response due April 4th.

6          THE COURT:  And Mr. Dratel, will you cooperate with

7    the probation department so your client can be interviewed in

8    the next two weeks?

9          MR. DRATEL:  I will try, your Honor.  I'm not going to

10   be here next week, due to a case investigation, but I will try

11   to set it up that following week.

12         THE COURT:  Thank you.

13         MR. DRATEL:  Obviously, I would want to be present.

14         THE COURT:  Thank you.

15         MR. DRATEL:  Thank you.

16         THE COURT:  Is there anything else we need to do?

17         MR. WONG:  Not from the government.

18         MR. DRATEL:  No.  Thank you, your Honor.

19         THE COURT:  Thank you.

20         MR. WONG:  Thank you.

21         (Adjourned)

22

23

24

25