LAW OFFICES OF
**JOSHUA L. DRATEL, P.C.**
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

MEMO ENDORSED

JOSHUA L. DRATEL

LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

STEVEN WRIGHT
*Office Manager*

March 14, 2014

**BY ECF**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

3/20/2014

Re:   *United States v. Juan Carlos Vidal-Galicia,*
      13 Cr. 735 (DLC)

Dear Judge Cote:

      This letter is in regard to the scheduled sentencing date for defendant, Juan Carlos Vidal-Galicia, whom I represent by Criminal Justice Act appointment. Currently, sentencing is scheduled for Friday, April 11, 2014, at 2 p.m. However, an adjournment of the sentencing is requested for the following reason: I am a member of the American Bar Association's Criminal Justice Section Council (as the National Association of Criminal Defense Lawyers' delegate), which will be conducting its quarterly meeting April 12, 2014, in northern California. In order to arrive sufficiently in time for the all-day session, I need to fly to California April 11, 2014. This Council meeting is particularly important because it will include the Council's final review of the revised Standards for both Prosecution and Defense Functions drafted by the Standards Committee.

      Accordingly, it is respectfully requested that Mr. Vidal-Galicia's sentencing be adjourned. I have been informed by Assistant United States Attorney Jason Wong that the government does not object to this application.

Respectfully submitted,

Joshua L. Dratel

JLD/wgs
cc:   Jason Wong (by ECF)
      Assistant United States Attorney

*Sentence is scheduled for April 10 at 4:00 p.m.*

*Denise Cote*
*March 20, 2014*