# EXHIBIT 1

1-28-14

██████████
██████████
██████████

THE HONORABLE
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007

RE: UNITED STATES V. JUAN CARLOS VIDAL GALICIA.
DOCKET NO. 58434054

DEAR JUDGE; DENISE COTE

HONORABLE DENISE COTE. I WRITE IN MITIGATION OF THE SENTENCE TO BE IMPOSED UPON MY FATHER. I AM THE OLDEST DAUGHTER OF MR. VIDAL GALICIA I KNOW THAT MY FATHER CHOICES WERE WRONG AND BECAUSE OF THAT HE CAN NO LONGER BE WITH US. SINCE I KNOW I ONLY HAVE HAD CONNECTION WITH HIM BY PHONE I REALLY WISHED I COULD HAVE BEEN WITH HIM MORE TIME. I UNDERSTAND THAT HE COMMITTED AN OFFENSE AND THAT IT IS INCUMBENT UPON THE COURT TO PUNISH HIM FOR COMMITTING THAT OFFENSE. I THINK THAT IS IMPORTANT FOR YOU TO KNOW. THAT MY FATHER CAME BACK TO THIS COUNTRY BECAUSE WE REALLY NEEDED HIM TO HELP US TURN OUR LIFE AROUND. I AS MY SISTER HAVE SUFFERED A LOT NOT HAVING OUR FATHER WITH US.

I WAS IN A DEEP DEPRESSION THAT I STARTED DRINKING, I KNOW THAT I DID WRONG BUT WHEN YOU DONT HAVE A FATHER OR A MOTHER WAITING AT HOME WITH DINNER READY OR SOME ONE WHO REALLY CARES IS REALLY SAD GETTING HOME AND BE LONELY WAITING FOR MOTHER TO GET HOM AND HAVE A LITTLE TIME TOGETHER BECAUSE SHE WILL HAVE TO GO TO SLEEP FOR THE NEXT DAY

WHEN MY FATHER CAME BACK HE HELPED ME TURN ALL THAT AROUND BECAUSE HE SHOWED ME HIS LOVE AND PROTECTION. HE PROVIDED FOR US IN THIS SHORT TIME THAT HE CAME BACK AND WE REALLY THANK HIM FOR THAT. I AM ETERNALLY GRATEFUL FOR THE ASSISTANCE THAT HE WAS ABLE TO PROVIDE IN THE BRIEF PERIOD THAT HE WAS HERE AND I KNOW IT HAS BEEN HARD BUT I STARTED FEELING BETTER AFTER HE CAME BACK BECAUSE I FELT LIKE WE WERE GOING TO STAY TOGETHER FOR EVER THIS TIME BUT BECAUSE OF MY FATHER MISTAKES WE CAN NO LONGER BE TOGETHER. MY 16 YEAR OLD SISTER HAS A BABY MY 12 YEAR OLD SISTER HAS ONE OF THE WORST GRADES EVER AND WE TRY TO HELP HER BUT SHE JUST DOESNT CARE NOW THAT OUR FATHER IS GONE. I NOW HAVE TO WORK TO HELP AT HOME AND PROVIDE RENT.

I ASK ONLY THAT YOU CONSIDER HIS CHILDREN AND HIS GOOD INTENTION. I THANK YOU FOR TAKING TIME AND READING THIS LETTER THAT MEAN A WHOLE LOT TO ME AND TO MY GRANDMA THAT SHE IS REALLY SICK

THANK YOU AGAIN AND HOPE YOU CONSIDER THIS WHEN IMPOSING THE SENTENCE UPON A GOOD MAN THAT IS MY FATHER.

SINCERELY,