# EXHIBIT 2

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  1-28-14

The Honorable; Denise Cote
United States District Judge
United States District Court
Southern District of New York
500 pearl street
New York, New York 10007

Re: United States v. Juan Carlos Vidal Galicia
Docket No, 58434054

Dear Judge Denise Cote

My name is ▓▓▓▓▓▓▓▓▓▓ and I am 16 years old I am writing this letter in my father's reference case. I know that my father has committed an offense and that he has to be punished. However I think it is important for you to understand how hard is to grow up without a father next to you to comfort you and love you. Not having a physical around made my sisters and me real sad because without him we don't have

the courage to keep going or doing well any more. We suffer with love now a day because my mother has to work double to pay bills around the house we have never set at a table and have dinner all together. I know how hard is having to come home after school and not having them around. Just helping at hom to clean and cook know I am a mother of a little boy and I clearly understand that this decision that I made come with consequences and more responsibillities I know it is going to be hard because my little one will need me to give it attention but how would I be able to give it to him when i'll be out working trying to buy him clothes food diapers it will be very difficult to spend time with him. having a baby makes me also realize how much my father cared for us when we were little and how badly he wanted to give us everything to us and show us how much he cared. He came to provide to be a father to help me and my sisters have a better life now. He

came only with the intention of giving us a better life so please your honor give me the opportunity of having him in my life and let him see my child.

Thank you for taking time out of your busy schedule that really means a lot to me, I hope that this one letter can make a difference to let my father stay please your honor and thank you again for reading this from yours truly [redacted] and his whole family

Sincerely, [redacted]
house number: [redacted]