# EXHIBIT 3



1-28-14

The Honorable: Denise Cote.
United States District Judge
United states District Court
Southern District of New York
500 Pearl street
New York, New York 10007

    Re: United states V. Juan Carlos Vidal Galicia
       Docket No, 58434054

Dear Judge: Denise Cote

    I write this letter in mitigation of the sentence to be impose upon my father case and how is afecting me in everything
    My name is ▓▓▓▓▓ I am 12 yrs old and all thise years I haven't celebrate any special occasion with my father. I know my father has confronted the law by returning to this country, but he only did it to be with us and care for us. I hope you realize he came back after being deported from this country to be with his children and family. It hurts me and

my sisters, that our father is in prison. I dont know my father in person for to long because of his mistakes. I only have communication with him by phone and its hard, not having him around has afected me in school, home and life. I am not a perfect person but having him around will give me the love I need to become a better person in everything, because I know that the love that he has for me and the protection that he is willing to give us is for a better life. The short time that he was here he was working and helping my mother with bills and food and we saw a small improvement in my house My father has made good faith and efforts to be a father, please let us be together, dont take him away, for more time it's hard not having him around I love him and need him.

I ask only that you consider his children, and his intentions (which were only the best to be a good person) when imposing the sentences in this case. thank you. Ms Denise Cote.

Sincerely,