# EXHIBIT 4

Wednesday, December, 18th

▬▬▬▬▬,

The Honorable (Denise)
United States District Judge
United States District Court
Southern District of New York
500 pearl Street
New York, New York 10007
Re: United States v. (▬▬▬▬▬ ▬▬▬▬▬ ▬▬▬▬)
Docket no.: (▬▬▬▬)
Dear Judge (Cote)

    I write this letter in mitigation of the sentence to be imposed upon my uncle in the above referenced case, and to state that my uncles imprisonment will have a huge impact not just on myself but on my other family members as well. I know that my uncle has committed an offense and that it is incumbent upon the court to punish him for committing that offense. However, I think it is important for your honor to realize that my uncle did not return to the country after being deported to commit any further crimes but to make up for the lost time with his children and family that didn't just impact me but to the rest of us as well. He needed his presence around to help around the house and just spend time with us as well. We as a family are truly grateful for the time period he was with us.

    After he left us a piece was missing because everyday he used to tell me and my brothers not to make the same mistakes as him but to improve and be better than he was. He always told us to do our best in school because he wanted to see us achieve our goals, I then my uncle made bad choices that now made it extremely difficult and often impossible for him to be with us. He and his to live with those choices as I do to. Despite my uncles many mistakes he made a good effort to be a uncle and to be there for us in anything. He needless Unfortunately his efforts leave landed him in prison and could take him away for a

longer time period than before. I only ask that you consider this letter even though you have a really busy schedule. I thank you again for reading this letter and considering how much my uncle means to me.

Yours truly,